# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2983
LT Case Nos. 2022-100782-CFDL
2024-102488-CFDL
2024-102557-CFDL
2024-102749-CFDL

_____

JOSHUA JOBE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Michael C. Nappi, Chief Assistant Regional Counsel, of Office of
Criminal Conflict and Civil Regional Counsel, Casselberry, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

July 14, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––